**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                         RE:    Somsanouk PHENGPHANH
                                   Docket Number:  2:04CR00350-01
                                   <u>**CONTINUANCE OF COURT DATE**</u>

Dear Judge Karlton:

This matter was set for an initial appearance on a Supervised Release violation by the probation officer.  It is respectfully requested that the above-referenced case be continued from November 15, 2005 to December 13, 2005 at 0930 a.m.

**REASON FOR CONTINUANCE:**

Mr. Phengphanh has a court date in San Joaquin County Superior Court on November 15, 2005.

                                         Respectfully submitted,

                                         /s/Deborah A. Spencer
                                         **DEBORAH A. SPENCER**
                                         Supervising United States Probation Officer

Dated:        November 4, 2005
                Elk Grove, California
                DAS/cp

| ✓ | **Approved** | /s/ Lawrence K. Karlton | November 7, 2005 |
|---|---|---|---|
| | | **LAWRENCE K. KARLTON** | **Date** |
| | | **Senior United States District Judge** | |
| | **Disapproved** | | |

cc:    Docket Clerk
       United States Attorney
       Defense Counsel (to be determined, Federal Defender Office)
       United States Marshal
       Court Clerk, Ana Rivas
       Probation Office Calendar Clerk