1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant
3  Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorneys for Defendant
   SOMSANOUK PHENGPHANH
8

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 UNITED STATES OF AMERICA,    )  No. CR S-04-350-LKK
                                )
15              Plaintiff,      )
                                )  **STIPULATION AND ORDER TO EXTEND**
16      v.                      )  **VOLUNTARY SURRENDER DATE**
                                )
17 SOMSANOUK PHENGPHANH,        )
                                )
18              Defendant.      )
                                )
19 _____)

20      It is hereby stipulated and agreed to between the United States of
21 America through Carolyn Delaney, Assistant U.S. Attorney, and the
22 defendant by and through his counsel, Mary French, Supervising
23 Assistant Federal Defender, that the surrender date of Tuesday, August
24 15, 2006, be continued to Tuesday, August 29, 2006, no later than 2:00
25 p.m.
26      Mr. Phengphang was sentenced to 60 days incarceration on July 18,
27 2006.  Judgment was entered on July 28, 2006.  As of this date, the
28 Bureau of Prisons has not yet designated Mr. Phengphanh to a federal

1 | correctional institution. The Office of the Federal Defender has
2 | contacted the Bureau of Prisons several times this week but has not
3 | been able to ascertain whether or not designation has taken place, or
4 | when designation might take place.
5 |     Because Mr. Phengphanh is a kidney transplant patient, and
6 | requires on-going medical attention, it would be preferable for Mr.
7 | Phengphanh to self-surrender directly to the designated Bureau of
8 | Prisons facility where his medical needs can be attended to immediately
9 | upon arrival.
10 | /////
11 | /////
12 | /////
13 | /////
14 | /////
15 | /////
16 | /////
17 | /////
18 | /////
19 | /////
20 | /////
21 | /////
22 | /////
23 | /////
24 | /////
25 | /////
26 | /////
27 | /////
28 |

Stipulation and Order re
Voluntary Surrender Date

-2-

1     The Office of the Federal Defender has been in contact with United States Assistant Attorney Carolyn Delaney, and she has no objections to continuing this defendant's self-surrender date for two weeks.

Dated: August 14, 2006

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Mary M. French
                                _____
                                MARY M. FRENCH
                                Assistant Federal Defender
                                Attorney for Defendant
                                SOMSANOUK PHENGPHANH

Dated: August 14, 2006               MCGREGOR W. SCOTT
                                United States Attorney

                                /s/  Mary M. French for
                                    Carolyn Delaney
                                _____
                                CAROLYN DELANEY
                                Assistant U.S. Attorney
                                per telephonic authorization

                                ORDER

IT IS SO ORDERED.

Dated: August 14, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stipulation and Order re
Voluntary Surrender Date