DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SOMSANOUK PHENGPHANH

FILED
AUG 29 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-04-350-LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND VOLUNTARY SURRENDER DATE** |
| SOMSANOUK PHENGPHANH, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant U.S. Attorney, and the defendant by and through his counsel, Mary French, Supervising Assistant Federal Defender, that the surrender date of Tuesday, August 29, 2006, be continued to Tuesday, September 12, 2006, no later than 2:00 p.m.

Mr. Phengphang was sentenced to 60 days incarceration on July 18, 2006. Judgment was entered on July 28, 2006. The Bureau of Prisons designated Mr. Phengphang late in the day on August 14, 2006, after a

Stipulation and Order had already been signed extending his voluntary surrender date to August 29, 2006 at 2:00 p.m.

On August 28, 2006, Mr. Phengphanh traveled from his home in Stockton to the California City Correctional Institution in California City, California, the facility where he had been designated, to self-surrender (one day early). However, when Mr. Phengphanh arrived at the California City Correctional Institution, he was told that, based on his medical condition, his designation had been "canceled" by the Bureau of Prisons and the facility could not accept him. Undersigned counsel has verified that the Bureau of Prisons did in fact "cancel" Mr. Phengphanh's designation; however, it forgot to inform Mr. Phengphanh, the U.S. Marshal's Office, or defense counsel of the change in designation plans.

From several phone calls to the Designation and Sentence Computation Center in Texas, it appears that the Bureau of Prisons is in the process of re-designating Mr. Phengphanh to a correctional institution where Mr. Phengphanh's medical needs can best be met.

One again, because Mr. Phengphanh is a kidney transplant patient, and requires on-going medical attention, it would be preferable for Mr. Phengphanh to self-surrender directly to the designated Bureau of Prisons facility where his medical needs can be attended to immediately upon arrival.

//
//
//

Stipulation and Order re
Voluntary Surrender Date

1   The Office of the Federal Defender has been in contact with United
2   States Assistant Attorney Carolyn Delaney, and she has no objections to
3   continuing this defendant's self-surrender date for two weeks.

4
5   Dated: August 29, 2006                     Respectfully submitted,

6                                              DANIEL J. BRODERICK
                                               Federal Defender
7

8                                              /s/ Mary M. French
                                               _____
9                                              MARY M. FRENCH
                                               Assistant Federal Defender
10                                             Attorney for Defendant
                                               SOMSANOUK PHENGPHANH
11

12
13  Dated: August 29, 2006                     MCGREGOR W. SCOTT
                                               United States Attorney
14
                                               /s/  Mary M. French for
15                                                  Carolyn Delaney
                                               _____
16                                             CAROLYN DELANEY
                                               Assistant U.S. Attorney
17                                             per telephonic authorization

18

19                                        ORDER
20
    IT IS SO ORDERED.
21
    Dated: August 27, 2006
22
                                          /s/ Lawrence K. Karlton
23                                        _____
                                          LAWRENCE K. KARLTON
24                                        United States District Court Judge

25

26

27

28
    Stipulation and Order re
    Voluntary Surrender Date
                                         -3-