DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SOMSANOUK PHENGPHANH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-04-350-LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND VOLUNTARY SURRENDER DATE** |
| SOMSANOUK PHENGPHANH, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant U.S. Attorney, and the defendant by and through his counsel, Mary French, Supervising Assistant Federal Defender, that the surrender date of Tuesday, September 12, 2006, be continued one week to Tuesday, September 19, 2006, no later than 2:00 p.m.

Mr. Phengphang was sentenced to 60 days incarceration on July 18, 2006. Judgment was entered on July 28, 2006. The Bureau of Prisons designated Mr. Phengphang late in the day on August 14, 2006, after a

Stipulation and Order had already been signed extending his voluntary surrender date to August 29, 2006 at 2:00 p.m.

On August 28, 2006, Mr. Phengphanh traveled from his home in Stockton to the California City Correctional Institution in California City, California, the facility where he had been designated. However, when Mr. Phengphanh arrived at the California City Correctional Institution, he was told that, based on his medical condition, his designation had been "canceled" by the Bureau of Prisons and the facility could not accept him. Although the Bureau of Prisons did in fact "cancel" Mr. Phengphanh's initial designation, it forgot to inform Mr. Phengphanh, the U.S. Marshal's Office, or defense counsel of the change in designation plans. Based on these facts, it was stipulated that Mr. Phengphanh's self-surrender date be extended two weeks, until September 12, 2006.

On approximately September 6, 2006, defense counsel received a message from the Marshal's Office that Mr. Phengphanh had been designated to the Devens, Massachusetts federal medical facility to serve his sentence of 60 days' incarceration; however, at that time the Devens medical facility had no bed space for "dialysis patients." It became apparent after several phone calls that the BOP was under the mistaken impression that Mr. Phengphanh was still on dialysis thus necessitating a designation to a federal medical facility that could meet the needs of a dialysis patient.

Mr. Phengphanh's medical records were faxed to the medical designation center on the East Coast, and several messages were left with medical designation personnel, in the hope that the designation of Devens, Massachusetts, could be changed to a facility in California

prior to Mr. Phengphanh's self-surrender date of September 12, 2006. As of this date and time, Mr. Phengphanh's designation remains the federal medical facility in Devens, Massachusetts.

It is anticipated that a one week extension will allow Mr. Phengphanh to be re-designated to a federal correctional institution in California, where he can self-surrender directly to the facility. Again, because Mr. Phengphanh is a kidney transplant patient, and requires on-going medical attention, it would be preferable for Mr. Phengphanh to self-surrender directly to a designated Bureau of Prisons facility in California where his medical needs can be attended to immediately upon arrival.

The Office of the Federal Defender has been in contact with both the U.S. Marshal's Office and United States Assistant Attorney Carolyn Delaney, who have no objections to continuing this defendant's self-surrender date for one more week.

Dated: September 11, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
SOMSANOUK PHENGPHANH

Dated: September 11, 2006     MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Carolyn Delaney
_____

Stipulation and Order re
Voluntary Surrender Date

-3-

```
                                    CAROLYN DELANEY
                                    Assistant U.S. Attorney
                                    per telephonic authorization
```

ORDER

IT IS SO ORDERED.

Dated:   September 11, 2006

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

Stipulation and Order re
Voluntary Surrender Date

-4-