```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant
 3  Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorneys for Defendant
    SOMSANOUK PHENGPHANH
 8

 9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,      )  No. CR S-04-350-LKK
                                   )
15              Plaintiff,         )  DEFENDANT'S REQUEST FOR EXPEDITED
                                   )  ORDER TO FURNISH TRANSPORTATION
16       v.                        )  AND ORDER
                                   )
17  SOMSANOUK PHENGPHANH,          )
                                   )
18              Defendant.         )
                                   )
19  _____)

20
```

On July 18, 2006, this Court sentenced Mr. Phengphang to 60 days incarceration and ordered him to self-surrender before 2:00 p.m. on August 15, 2006. The Bureau of Prisons designated Mr. Phengphang late in the day on August 14, 2006, after a Stipulation and Order had already been signed extending his voluntary surrender date to August 29, 2006 at 2:00 p.m.

On August 28, 2006, Mr. Phengphanh traveled from his home in Stockton to the California City Correctional Institution in California

City, California, the facility where he had been designated. However, when Mr. Phengphanh arrived at the California City Correctional Institution, he was told that, based on his medical condition, his designation had been "canceled" by the Bureau of Prisons and the facility could not accept him. Although the Bureau of Prisons did in fact "cancel" Mr. Phengphanh's initial designation, it forgot to inform Mr. Phengphanh, the U.S. Marshal's Office, or defense counsel of the change in designation plans. Based on these facts, it was stipulated that Mr. Phengphanh's self-surrender date be extended two weeks, until September 12, 2006.

On September 6, 2006, defense counsel received a message from the Marshal's Office that Mr. Phengphanh had been designated to the Devens, Massachusetts federal medical facility to serve his 60-day sentence; however, at that time the Devens medical facility had no bed space for "dialysis patients." It became apparent after several phone calls that the BOP Office of Medical Designation was under the mistaken impression that Mr. Phengphanh was still on dialysis, thus necessitating a designation to a federal medical facility that could meet the needs of a dialysis patient.

Mr. Phengphanh's medical records were faxed to the BOP Office of Medical Designation and Transportation in Washington, D.C., and several messages were left with medical designation personnel, in the hope that the designation of Devens, Massachusetts, could be changed to a facility in California prior to Mr. Phengphanh's self-surrender date of September 12, 2006. A one-week extension, to September 19, 2006, was sought and received so that designation personnel would have ample time to review Mr. Phengphanh's medical records. However, as of this date, Mr. Phengphanh's designation remains the federal medical facility in

1  Devens, Massachusetts.

2  Undersigned defense counsel has been informed that a commercial 3 flight from Sacramento or San Francisco to Boston, Massachusetts, the 4 airport closest to Devens, Massachusetts, would cost Mr. Phengphanh a 5 minimum of $700.00.  Mr. Phengphanh currently receives SSI in the 6 amount of $200.00 per month.

7  Defense counsel has conferred with the U. S. Marshals Office 8 regarding this matter.  The Marshals Office is concerned that if Mr. 9 Phengphanh self-surrenders to the Marshals Office in Sacramento, that 10 the Sacramento County Jail would not be an appropriate holding facility 11 for Mr. Phengphanh until he could be transported to Massachusetts.  In 12 addition, flying Mr. Phengphanh in custody to Massachusetts would then 13 require that two Marshals accompany Mr. Phengphanh and would include 14 the additional cost of their two tickets, plus hotel.  It would be far 15 more efficient for the Court to authorize funds to allow Mr. Phengphanh 16 to travel on his own to Massachusetts and self-surrender there.

17  The Office of the Federal Defender has been in contact with both 18 the U.S. Marshals Office and Assistant United States Attorney Carolyn 19 Delaney, who have no objections to this request that the Court 20 authorize funds for Mr. Phengphanh's transportation costs.

22  Dated:   September 12, 2006
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SOMSANOUK PHENGPHANH

Request for
Transportation Costs             -3-

Dated: September 12, 2006            MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/  Mary M. French for
                                          Carolyn Delaney
                                     _____
                                     CAROLYN DELANEY
                                     Assistant U.S. Attorney
                                     per telephonic authorization


ORDER

For the reasons set forth above, including that the defendant has a serious medical condition and is unable to provide his own transportation costs, and good cause appearing,
IT IS HEREBY ORDERED:

1. That defendant Somsanouk Phengphanh shall be permitted to travel on his own, to Devens, Massachusetts, to self-surrender as previously ordered.

2. That the United States Marshals Office is authorized and directed to furnish Mr. Phengphanh with transportation from his home in Stockton, California, to Devens, Massachusetts.


Dated: September 13, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Request for
Transportation Costs                    -4-